UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 15-03943-DDP (KK)**                                    Date:  **August 6, 2015**

Title:  Reginald Milon Fields v. Jim McDonnel, et al.

**DOCKET ENTRY**

PRESENT:

    HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):    ATTORNEYS PRESENT FOR DEFENDANT(S):
    None                                                      None

**PROCEEDINGS:**    **(IN CHAMBERS)**

The Court is in receipt of Plaintiff's Objections to the Report and Recommendation issued on July 9, 2015.  ECF Docket No. 10.  In his objections, Plaintiff claims to have not received a copy of the Court's June 1, 2015 Order dismissing his *pro per* civil rights complaint with leave to amend.  <u>Id.</u>

The Court advises Plaintiff that the June 1, 2015 Order *was* sent to him at his address of record; no mail was ever returned to the Court as undeliverable.  **Nonetheless, the Court directs the Clerk of Court to resend Plaintiff a copy of the Court's June 1, 2015 Order (ECF Docket No. 3).**  The Court will grant Plaintiff up to and including **August 28, 2015** to respond to the Court's June 1, 2015 Order by filing an amended complaint addressing the deficiencies set forth in the Order, or by requesting a voluntary dismissal of this matter.  **The Clerk of Court is directed to mail Plaintiff a blank Central District civil rights complaint form to use for filing the FAC, which plaintiff is encouraged to utilize.  The Clerk of Court is directed to mail Plaintiff a blank Central District notice of dismissal form.**

**Plaintiff is admonished that if he fails to timely file a sufficient FAC or fails to respond to this Order, the Court will recommend that this action be dismissed with prejudice for failure to diligently prosecute and/or comply with Court orders.**

                                                                              Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN