JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD MILON FIELDS, | CASE NO. 2:15-CV-3943-DDP (SK) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, | |
| Defendant. | |

**IT IS ADJUDGED** that the Third Amended Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: March 28, 2017

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE